ACCEPTED
04-17-00609-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/27/2017 4:19 PM

COURT OF APPEAL
FOURTH COURT OF APPEALS DISTRICT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/27/2017 4:19:32 PM
KEITH E. HOTTLE
CLERK

| | | |
|---|---|---|
| MARTA ARREDONDO, | § | Case No.: 04-17-00609-CV |
| Appellant, | § | |
| | § | |
| v. | § | Trial Court Case No.: 15-08-16922-RCV |
| | § | |
| AEP TEXAS CENTRAL | § | |
| COMPANY, T&D SOLUTIONS, LLC | § | |
| AND TECHSERV CONSULTING AND | § | |
| TRAINING ,LTD | | |
| Appellee | | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Branch M. Sheppard of the law firm of Galloway, Johnson, Tompkins, Burr & Smith,

P.L.C., file this Notice of Appearance as additional counsel of record for the Appellee, T&D

SOLUTIONS, LLC, in the above styled matter.

GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH

//s// Branch M. Sheppard
James M. Tompkins
  State Bar No. 00785534
jtompkins@gallowaylawfirm.com
Branch M. Sheppard
  State Bar No. 24033057
bsheppard@gallowayfirm.com
Kelsi M. Wade
  State Bar No. 24088597
kwade@gallowaylawfirm.com
1301 McKinney, Suite 1400
Houston, Texas 77010
Telephone:  (713) 599-0700
Facsimile:  (713) 599-0777

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by and through the Court approved electronic filing manager via e-filing to all known counsel of record on this 27th day of September, 2017, as follows:

Thomas J. Henry
Craig L. Farrish
THE LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401

G. Don Schauer
SCHAUER & SIMANK, P.C.
615 N. Upper Broadway, Suite 700
Corpus Christi, Texas 78401

Jose "JJ" Trevino
Nicholas Smith
VALDEZ & TREVINO
1826 N. Loop 1604 W, Suite 275
San Antonio, Texas 78248


 _//s// Branch M. Sheppard_____
Branch M. Sheppard